Case 1:12-cv-00335-KD-M   Document 12   Filed 10/01/12   Page 1 of 2

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **RAYMOND FLOYD HESS(AIS#209976),** | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | CIVIL ACTION 12-00335-KD-M |
| | : | |
| **STATE OF ALABAMA,** | : | |
| Defendant. | : | |

## JUDGMENT

In accordance with the Order issued on this date, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that the Plaintiff's Complaint is **DISMISSED without prejudice** pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and (ii) as frivolous and for failure to state a claim upon which relief may be granted.

**DONE** and **ORDERED** this the **1st** day of **October 2012.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**